UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Martin Castro-Alcan<br>Defendant(s) | CRIMINAL NO. 08mj2079 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rocic Arroyo-Sofelo

DATED: 7/16/08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR   J. PARIS

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk